LUIGI MAISTO ET AL., RESPONDENTS, v. NICHOLAS MAISTO ET AL., APPELLANTS.

Submitted February 16, 1940—Decided April 25, 1940.

For the respondents, *Mario H. Volpe.*

For the appellants, *George Pellettieri.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Chief Justice Brogan in the Supreme Court.

*For affirmance*—PARKER, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 11.

*For reversal*—None.